IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FLOWERS TITLE COMPANIES, LLC, *Plaintiff*, v. SCOTT BESSENT, THE UNITED STATES DEPARTMENT OF THE TREASURY; THE FINANCIAL CRIMES ENFORCEMENT NETWORK, *Defendants*. | No. 6:25-cv-127-JDK |

**UNOPPOSED MOTION TO SET
SUMMARY JUDGMENT BRIEFING SCHEDULE AND WAIVE ANSWER**

The defendants in the above-captioned case respectfully submit this unopposed motion to set an expedited summary judgment briefing schedule for this case.

Plaintiff's complaint seeks judicial review pursuant to the Administrative Procedure Act ("APA"). Judicial review of final agency action under the APA is confined to the administrative record, which includes all materials compiled by the agency that were before the agency at the time the decisions at issue were made. 5 U.S.C. § 706. Generally, matters outside the administrative record are legally irrelevant, and therefore not discoverable under Rule 26 of the Federal Rules of Civil Procedure. *See Joseph G. Moretti, Inc. v. Hoffman*, 526 F.2d 1311, 1312 (5th Cir. 1976). Consequently, discovery is not appropriate absent unique circumstances not presented here. The parties stipulate, however, that Plaintiffs may rely upon evidence outside the administrative record to the extent necessary to establish Article III standing.

The parties agree that expedited summary judgment proceedings would promote judicial economy and efficiency. Accordingly, the parties have met and conferred and agreed on the following

schedule for expedited summary judgment briefing:

| Defendants file administrative record | July 9, 2025 |
| Plaintiff files motion for summary judgment | July 16, 2025 |
| Defendants file opposition/cross-motion for summary judgment | August 15, 2025 |
| Plaintiff files oppositions/replies in support of summary judgment | August 29, 2025 |
| Defendant files reply in support of summary judgment | September 12, 2025 |

For the briefing format, the parties propose that plaintiffs be permitted to file a summary judgment motion of up to 30 pages and an opposition/reply brief of up to 20 pages. The parties propose that defendants be permitted to file a single consolidated opposition/cross-motion for summary judgment of up to 30 pages and a reply brief of up to 20 pages. All parties reserve the right to request additional pages for their briefs, after reviewing the other parties' submissions.

Finally, plaintiffs agree to waive defendants' response to the complaint, and defendants reserve the right to raise threshold objections to the complaint in their dispositive briefing.

## **CONCLUSION**

For these reasons, the parties respectfully request that the Court enter the proposed schedule and format for expedited summary judgment briefing. A proposed order is attached.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

 /s/ *Adrian Garcia*
ADRIAN GARCIA
Assistant U.S. Attorney
Eastern District of Texas
101 East Park Blvd., Suite 500
Plano, Texas 75074
E-mail: Adrian.Garcia@usdoj.gov
(972) 509-1201
(972) 509-1209 (fax)
Texas State Bar # 24084522

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), undersigned counsel hereby certifies that I have conferred with Plaintiffs' counsel, who is unopposed and agrees to the relief sought in this motion.

                               /s/ *Adrian Garcia*
                               ADRIAN GARCIA
                               Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to all counsel of record via the court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　　/s/ *Adrian Garcia*
　　　　　　　　　　　　　　　　　　　ADRIAN GARCIA
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney