IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FLOWERS TITLE COMPANIES, LLC, § § § Plaintiff, § § v. § § SCOTT BESSENT, in his official § capacity as U.S. Secretary of Treasury, § et al., § § Defendants. § § | Case No. 6:25-cv-127-JDK |

**ORDER SETTING BRIEFING SCHEDULE**

Before the Court is Defendants' unopposed motion to set a summary judgment briefing schedule. Docket No. 8. Additionally, Plaintiff agrees to waive Defendants' response to the Complaint. *Id.* at 2.

Having considered the motion and nature of the case, the Court **GRANTS** Defendants' motion. Accordingly, the Court **ORDERS** that the following schedule of deadlines remain in effect until further notice.

| | |
|---|---|
| July 9, 2025 | Defendants file administrative record. |
| July 16, 2025 | Plaintiff files motion for summary judgment. |
| August 15, 2025 | Defendants file opposition and cross-motion for summary judgment. |
| August 29, 2025 | Plaintiff files opposition and reply in support of summary judgment. |
| September 12, 2025 | Defendant files reply in support of summary judgment. |

1

So **ORDERED** and **SIGNED** this **17th** day of **June, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE