IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| FLOWERS TITLE COMPANIES, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SCOTT BESSENT, in his official § <br> capacity as U.S. Secretary of Treasury, § <br> et al., § <br> § <br> Defendants. § | Case No. 6:25-cv-127-JDK |

**ORDER GRANTING MOTION TO RESET HEARING**

Before the Court is the Defendants' unopposed motion to reset the December 17, 2025 hearing on the parties' motions for summary judgment. Docket No. 25. The Court hereby **GRANTS** the motion and **RESETS** the in-person hearing to **January 13, 2026**, at **10:00 a.m.** at the William M. Steger Federal Building and United States Courthouse, 221 West Ferguson Street, Tyler, Texas 75702. Lead counsel for each party, or alternatively, counsel with authority to bind their respective clients, shall be present and prepared to discuss the motions.

So **ORDERED** and **SIGNED** this **18th** day of **November, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE