## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

FLOWERS TITLE COMPANIES LLC,                         §
          Plaintiff,                               §
                                §
v.                                                   §   Civil Action No.
                                                     §   6:25-cv-00127-JDK
SCOTT BESSENT, in his official capacity              §
as U.S. Secretary of Treasury; U.S.                  §
DEPARTMENT OF TREASURY; and THE                      §
FINANCIAL CRIMES ENFORCEMENT                         §
NETWORK,                                             §
          Defendants.                              §
                                                     §

### PLAINTIFF'S MOTION TO WITHDRAW COUNSEL MOLLY E. NIXON

In accordance with Local Rule CV-11(c), Molly E. Nixon, counsel for Plaintiff Flowers Title Companies, LLC, respectfully moves to withdraw as counsel for Plaintiff, and states the following in support thereof:

1.      Effective March 23, 2026, Ms. Nixon will no longer be employed at Pacific Legal Foundation;

2.      Attorneys Luke A. Wake, Amy L. Peikoff, and Joshua P. Thompson of Pacific Legal Foundation will remain as counsel and continue to represent Plaintiff in this matter; and

3.      The client, Flowers Title Companies, LLC, consents to Ms. Nixon's withdrawal as counsel.

DATED: March 12, 2026.

                                        Respectfully submitted,

LUKE A. WAKE*                          s/ Molly E. Nixon
Cal. Bar No. 264647                    MOLLY E. NIXON*
JOSHUA P. THOMPSON                     N.Y. Bar No. 5023940
Cal. Bar No. 250955                    Pacific Legal Foundation

1

AMY L. PEIKOFF*
Cal. Bar No. 220174
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
LWake@pacificlegal.org
JThompson@pacificlegal.org
APeikoff@pacificlegal.org

3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
MNixon@pacificlegal.org

*Pro hac vice

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I filed the foregoing document with the Clerk of Court through the District Court's ECF system, which will send notice of this filing to all counsel of record.

s/ *Molly E. Nixon*
MOLLY E. NIXON*
*Counsel for Plaintiff*

***Pro hac vice*