## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| FLOWERS TITLE COMPANIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:25-cv-127-JDK |
| SCOTT BESSENT, in his official capacity as U.S. Secretary of Treasury, et al., | § § § § | |
| Defendants. | § § § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Plaintiff's motion to withdraw Molly E. Nixon as counsel for Plaintiff.  Docket No. 32.  Having considered the motion, the Court finds it should be **GRANTED**.

Accordingly, it is **ORDERED** that Molly E. Nixon is hereby withdrawn as counsel of record for Plaintiff in this action.

So **ORDERED** and **SIGNED** this **16th** day of **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE