**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| FLOWERS TITLE COMPANIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-127-JDK |
| | § | |
| SCOTT BESSENT, in his official | § | |
| capacity as U.S. Secretary of Treasury, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order granting Plaintiff's motion for summary judgment (Docket No. 12) and denying Defendants' cross-motion for summary judgment (Docket No. 14), the Court hereby enters Final Judgment as follows:

1. Final Judgment is entered in favor of Plaintiff Flowers Title Companies, LLC.

2. Pursuant to 5 U.S.C. § 706(2), the Court **SETS ASIDE AND VACATES** the Final Rule, Anti-Money Laundering Regulations for Residential Real Estate Transfers, 89 Fed. Reg. 12,424 (February 16, 2024) (codified as 31 C.F.R. § 1031.320).

All relief not expressly granted herein is **DENIED**. Any pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

1

So **ORDERED** and **SIGNED** this **19th** day of **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2