**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| FLOWERS TITLE COMPANIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-127-JDK |
| | § | |
| SCOTT BESSENT, in his official | § | |
| capacity as U.S. Secretary of Treasury, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR BILL OF COSTS**

Before the Court is a joint motion for the submission of a bill of costs pursuant to Federal Rule of Civil Procedure 54(d)(1). Docket No. 37. While Defendants agree that the $405 filing fee is a recoverable cost under 28 U.S.C. § 2412(d)(1)(A), they are still deciding whether to appeal the final judgment and ask that the order be stayed until after the deadline to appeal. *Id.* at 2.

The motion is **GRANTED**. Accordingly, the Court **ORDERS** that Defendants shall pay Plaintiff costs in the amount of **$405**. The Court **STAYS** the execution of this order until **May 18, 2026**, or until the resolution of any appeal in this matter.

So **ORDERED** and **SIGNED** this **6th**  day of **April, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE