**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

FLOWERS TITLE COMPANIES, LLC,

    *Plaintiff,*

    v.

SCOTT BESSENT, THE UNITED STATES
DEPARTMENT OF
THE TREASURY; THE FINANCIAL
CRIMES ENFORCEMENT NETWORK,

    *Defendants.*

No. 6:25-CV-127-JDK

**NOTICE OF APPEAL**

All defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's (1) Memorandum Opinion and Order, dated March 19, 2026, ECF No. 34, granting Plaintiff's Motion for Summary Judgment, ECF No. 12, and denying Defendants' Cross-Motion for Summary Judgment, ECF No. 14; and (2) Final Judgment in favor of Plaintiff, dated March 19, 2026, ECF No. 35.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

*/s/ Adrian Garcia*
ADRIAN GARCIA
Assistant United States Attorney
Texas State Bar No. 24084522
E-mail: Adrian.Garcia@usdoj.gov
101 East Park Boulevard, Suite 500
Plano, Texas 75074
Phone: 972-509-1201
Fax: 972-509-1209

Attorney for Defendants